UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRAXTON COOPER,<br><br>Plaintiff,<br><br>v.<br><br>D.O.C. JOHN WETZEL, et al.,<br><br>Defendants. | CIVIL ACTION NO. 1:18-cv-00853<br><br>(RAMBO, J.)<br>(SAPORITO, M.J.) |

## ORDER

AND NOW, this 9th day of July, 2018, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 11) is **DENIED**; and

2. The plaintiff is **ORDERED** to pay the applicable $400 filing and administrative fees in full **within thirty (30) days** of the date of this Order or dismissal of this action will be recommended.

JOSEPH F. SAPORITO, JR.
United States Magistrate Judge