IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRAXTON COOPER,** | : | Civil No. 1:18-cv-0853 |
| **Plaintiff,** | : | |
| v. | : | |
| **DOC JOHN WETZEL, et al.,** | : | |
| **Defendants** | : | Judge Sylvia H. Rambo |

# O R D E R

Before the court is a report and recommendation of the magistrate judge (Doc. 25) in which he recommends that this case be dismissed for failure to respond to the court's order requiring Plaintiff to pay the full amount due for filing and administrative fees within 30 days or face dismissal of the complaint. Upon review of the recommendation and the record in this case, **IT IS HEREBY ORDERED AS FOLLOWS**:

1) The report and recommendation of the magistrate judge is **ADOPTED**.
2) This case is **DISMISSED** without prejudice.
3) All pending motions are **DENIED AS MOOT**.
4) Any appeal taken from this order is deemed frivolous and not taken in good faith.

                                       s/Sylvia H. Rambo
                                       SYLVIA H. RAMBO
                                       Untied States District Judge

Dated: January 23, 2019